**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MAXUM INDEMNITY COMPANY AND SECURITY INSURANCE COMPANY OF HARTFORD as successor in interest to FIRE AND CASUALTY INSURANCE COMPANY OF CONNECTICUT, </br></br>Plaintiffs,</br>v.</br></br>ECLIPSE MANUFACTURING CO., M & M RENTAL CENTER, INC., ROBERT HINMAN and ITALIA FOODS, INC.,</br></br>Defendants. | )</br>)</br>)</br>)</br>) Case No. 06 C 4946</br>)</br>) Judge Joan H. Lefkow</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## JUDGMENT ORDER

Consistent with the Court's October 31, 2013 summary judgment ruling, the Clerk is directed to enter judgment against Plaintiffs Security Insurance Company of Hartford ("Security") and Maxum Indemnity Company ("Maxum"), and in favor of Defendants and the Class, as follows:

      A.      Judgment is entered against Security and in favor of Hinman, Italia Foods, and the Underlying Class in the amount of $1,986,416.54 (including $1,954,650 in principal and $31,766.54 in post-judgment interest) in partial satisfaction of the Underlying Judgment;

      B.      Judgment is entered against Maxum and in favor of Hinman, Italia Foods, and the Underlying Class in the amount of $2,004,048.51 (including $1,972,000 in principal and $32,048.51 in post-judgment interest) in partial satisfaction of the Underlying Judgment;

      C.      This is a final and appealable order resolving all claims as to all parties.

Security and Maxum shall pay the judgment to Hinman, Italia Foods and the Class in care of their attorneys, Phillip A. Bock of Bock & Hatch, LLC and Brian J. Wanca of Anderson

+ Wanca, for distribution pursuant to the Final Approval of Settlement Agreement and Judgment entered in Case No. 06 cv 1156 on October 6, 2009.

Dated: December 10, 2013         ENTER:

_____

Hon. Joan H. Lefkow