UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAXUM INDEMNITY COMPANY AND SECURITY INSURANCE COMPANY OF HARTFORD as successor in interest to Fire and Casualty Insurance Company of Connecticut, <br><br> Plaintiffs, <br><br> v. <br><br> ECLIPSE MANUFACTURING CO., M AND M RENTAL CENTER, INC., ROBERT HINMAN and ITALIA FOODS, INC., <br><br> Defendants. | Case No.: 06 C 4946 <br><br> Judge Joan H. Lefkow |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff-Appellant, MAXUM INDEMNITY COMPANY, by and through its attorneys, DANIEL J. CUNNINGHAM and Tressler LLP, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on December 10, 2013, by the Honorable Joan H. Lefkow, Judge of the United States District Court for the Northern District of Illinois, Eastern Division.

                                                            /s/ Daniel J. Cunningham
                                                           Daniel J Cunningham

Daniel J Cunningham
TRESSLER LLP
233 South Wacker Dr - 22nd Floor
Chicago, IL 60606-6308
312-627-4000
Fax: 312-627-1717
dcunningham@tresslerllp.com
*Attorney for Plaintiff-Appellant MAXUM INDEMNITY COMPANY*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 8, 2014, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                         /s/ Daniel J. Cunningham