# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 16, 2015

| | |
|---|---|
| No. 14-1047 | SECURITY INSURANCE COMPANY OF HARTFORD, as successor in interest to Fire and Casualty Insurance Company of Connecticut, Plaintiff - Appellant<br>v.<br><br>ROBERT HINMAN, et al., Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:06-cv-04946<br>Northern District of Illinois, Eastern Division<br>District Judge Joan Humphrey Lefkow | |

Upon consideration of the **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.A.P. 42(b)**, filed on April 15, 2015, by counsel for the appellant,

**IT IS ORDERED** that this appeal is **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit